**J.O. LIVELY CONSTRUCTION COMPANY, Petitioner,**

and

**Hazel Harless, Widow of Edeker Harless, Claimant,**

v.

**DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR, Respondent.**

No. 01–1577.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 20, 2001.

Decided Sept. 25, 2001.

William H. Howe, Mary Lou Smith, Howe, Anderson & Steyer, P.C., Washington, DC, for petitioner. Howard M. Radzely, Acting Solicitor of Labor, Donald S. Shire, Associate Solicitor, Christian P. Barber, for Appellate Litigation, Jennifer U. Toth, United States Department of Labor, Washington, DC, for respondent.

Before LUTTIG, KING, and GREGORY, Circuit Judges.

PER CURIAM.

J.O. Lively Construction Company ("employer") seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of the employer's petition for modification of the Board's order finding employer to be the responsible operator for black lung benefits owed to Edeker Harless. Our review of the record discloses that the Board's decision is without reversible error. Accordingly, we affirm on the reasoning of the Board. *See J.O. Lively Const. Co. v. Director, OWCP,* BRB Nos. 00–417–BLA; 97–1481–BLA (B.R.B. Mar. 23, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*